## FILED

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

MAY 14 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-10588 |
| Plaintiff - Appellee, | D.C. No. 4:08-cr-00212-DCB-BPV-1 |
| v. | District of Arizona, Tucson |
| RICHARD G. RENZI, | |
| Defendant - Appellant. | ORDER |

Before: TALLMAN, CALLAHAN, and IKUTA, Circuit Judges.

The Unopposed Motion of the United States for Leave to Transmit Audio Exhibits is GRANTED.

IT IS SO ORDERED.